free from any obligation and need not accept the trust. And THE CHANCELLOR further said that he would not have removed Charles Smith from the guardianship, if the law had not obliged him. William Hamilton, the surety, hesitated a short time, on hearing this declaration of the Chancellor, signing the bond, but finally they both executed it, with full information of the determination of the Chancellor, if the account should ever come before him.

JAMES POWELL, JOSEPH POWELL and GEORGE POWELL, Children and Devisees of John Powell, Infants under twenty-one years of age, by their Next Friend, William Nickerson v. THOMAS JONES and MARY, his Wife, late Mary Powell.

Court of Chancery. Kent. February, 18, 1819.

*Ridgely's Notebook II, 303.*

ALLAN THOMPSON v. JOSEPH LYNAM.

Court of Chancery. New Castle. March 26, 1819.

*Ridgely's Notebook II, 330.*

WILLIAM DICKINSON, Administrator of Margaret Dickinson, late Margaret Hanson, v. PATRICK McCONAUGHEY, late Guardian of said Margaret Hanson.

Orphans' Court. New Castle. April 10, 1819.

*Ridgely's Notebook II, 335.*